**Opinion issued August 6, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00480-CV

————————————

**In re Milton Pate**

———————————————————————————————————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————————————————————————————————

## MEMORANDUM OPINION

Milton Pate seeks mandamus relief from the trial court's order requiring Retina Consultants Houston to produce records pertaining to "the diagnosis and treatment of [ ] Pate's vision" in the underlying personal injury lawsuit brought by

Pate's wife against Trademark Property Company and certain other defendants.[1]

We deny the petition, and we lift our stay of the challenged discovery order.

**PER CURIAM**

Panel consists of Justices Jennings, Huddle, and Brown.

---

[1] The underlying case is *Pate v. Linbeck Group, LLC et al.*, No. 2012-34298 in the 113th District Court of Harris County, Texas, the Honorable Michael Landrum presiding.